```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 15940
   KATHRYN BENNETT
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER


         Debtor
   SSN XXX-XX-8647

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/22/2005 and was confirmed 06/29/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/12/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
HELP SERVICE GROUP INC     UNSECURED         5371.42           .00           5371.42
AMERICAN EXPRESS TRAVEL    UNSECURED         9761.67           .00           9761.67
NCO FINANCIAL SYSTEMS      NOTICE ONLY       NOT FILED         .00               .00
ECAST SETTLEMENT CORP      UNSECURED         1395.44           .00           1395.44
RESURGENT ACQUISITION LL   UNSECURED         1426.63           .00           1426.63
ECAST SETTLEMENT CORP      UNSECURED         1111.77           .00           1111.77
CITIBANK                   UNSECURED             .00           .00               .00
RESURGENT ACQUISITION LL   UNSECURED         2054.57           .00           2054.57
1ST FINANCIAL BANK         UNSECURED        10871.19           .00          10871.19
ECAST SETTLEMENT CORP      UNSECURED         4283.16           .00           4283.16
WOLPOFF & ABRAMSON LLP     NOTICE ONLY       NOT FILED         .00               .00
NEIMAN MARCUS              UNSECURED          206.68           .00            206.68
CITIBANK                   UNSECURED             .00           .00               .00
SALLIE MAE SERVICING       UNSECURED             .00           .00               .00
SEAMUS RYAN                UNSECURED         4000.00           .00           4000.00
US ATTORNEYS OFFICE        NOTICE ONLY       NOT FILED         .00               .00
ISAC                       UNSECURED             .00           .00               .00
STUART B HANDELMAN         DEBTOR ATTY           .00                             .00
TOM VAUGHN                 TRUSTEE                                           2,511.12
DEBTOR REFUND              REFUND                                               12.98

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             43,006.63

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                 40,482.53
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                       2,511.12

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 15940 KATHRYN BENNETT
```

```
DEBTOR REFUND                                                    12.98
                                     ---------------    ---------------
TOTALS                                     43,006.63          43,006.63
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE